IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 4:12cr35-RH/CAS

KIMLE FILS-AIME,

    Defendant.

_____/

**ORDER WITHDRAWING THE WRIT OF EXECUTION**

    The government's motion, ECF No. 103, to withdraw the writ of execution entered on February 5, 2013, ECF No. 96, directed to a 2008 Infiniti, is GRANTED. The writ of execution is of no further effect.

    SO ORDERED on May 8, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge